UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SYLVESTER N. OTIJI,

                Plaintiff,

    v.

BOARD OF TRUSTEES OF THE
UNIVERSITY OF THE DISTRICT OF
COLUMBIA, *et al.*,

                Defendants.

Case No. 24-cv-3315 (JMC)

## AMENDED ORDER

In light of Defendants' motion to clarify the Court's May 29, 2025 Order, it is hereby **ORDERED** that the May 29 Order, ECF 24, is **VACATED**, and that the following Amended Order shall control:

For the reasons that will be stated on the record at the upcoming Initial Scheduling Conference, it is hereby **ORDERED** that Defendant Ellen Jefferson's motion to dismiss, ECF 19, is **GRANTED**.

It is further **ORDERED** that the remaining Defendants' motion to dismiss, ECF 13, is **GRANTED IN PART** and **DENIED IN PART**. Specifically, Defendants' motion to dismiss, ECF 13, is **GRANTED** as to the following claims,[1] which are hereby **DISMISSED**:

---

[1] Because Plaintiff's claims are misnumbered in the complaint, the Court will refer to the claims sequentially, as follows:
- Count 1: Title VII national origin discrimination
- Count 2: Title VII gender discrimination
- Count 3: Title VII hostile work environment
- Count 4: Title VII "lack of accommodation"
- Count 5: ADA hostile work environment
- Count 6: DCHRA race and national origin discrimination
- Count 7: DCHRA retaliation
- Count 8: Negligent infliction of emotional distress
- Count 9: ADEA age discrimination

1

- Counts 3–8, as to all Defendants

- Counts 1, 2, and 9, as to individual Defendants in their individual capacities

- All claims brought against individual Defendants in their official capacities

- All claims brought against Defendant Alex Beko

The following claims remain before the Court:

- Count 1, as to the University

- Count 2, as to the University

- Count 6, as to the University and Defendants Al-Jabbar, Levy-Cruz, Smith, and Bruce in their individual capacities

- Count 9, as to the University

It is further **ORDERED** that the Parties shall appear for an Initial Scheduling Conference on **July 11, 2025**, at **11:00 AM**. The conference will be on the record before Judge Jia M. Cobb and conducted via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call. The Parties shall file a joint report pursuant to Local Civil Rule 16.3(d) and Federal Rule of Civil Procedure 26(f)(2) by **July 3, 2025**.

    **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: June 10, 2025