# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SYLVESTER N. OTIJI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.  1:24-cv-03315-JMC |
| : | |
| BOARD OF TRUSTEES OF THE : | |
| UNIVERSITY OF THE DISTRICT OF : | |
| COLUMBIA, et al., : | |
| : | |
| Defendants. : | |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Local Civil Rule 16.3 Report, the Court hereby finds as follows:

Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), [are / are not] required in this matter.

The following deadlines shall govern this case, and may only be modified based upon an Order of this Court:

| | |
|---|---|
| Motions to Amend Pleadings/Join Parties | August 30, 2025 |
| Proponent's expert report(s) | October 10, 2025 |
| Opponent's expert report(s) | November 19, 2025 |
| Reply expert report(s) | December 8, 2025 |
| Close of all Discovery | January 12, 2026 |
| Dispositive Motions | February 27, 2026 |
| Pretrial Conference | To be determined |

2

The limits placed on interrogatories and depositions set by the Federal Rules and/or local rules of this Court remain. Each side is limited to serving no more than forty (40) requests for production.

SO ORDERED this _____ day of _____, 2025.

_____
Honorable Jia M. Cobb
United States District Judge

Copies to:

Kissinger Sibanda, Esq.
KSibanda@thelawofficesofkissingersibanda.com
*Counsel for Plaintiff*

Anessa Abrams, Esq.
aabrams@fordharrison.com
*Counsel for Defendants*

WSActiveLLP:114398017.1

2