UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SYLVESTER N. OTIJI,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Case No. 24-cv-3315 (JMC) |

## SCHEDULING ORDER

**I.  DISCOVERY AND CASE DEADLINES**

It is hereby **ORDERED** that the Parties shall adhere to the following deadlines:

| | |
|---|---|
| Initial Disclosures:[1] | July 25, 2025 |
| Amended Pleadings/Joinder of Additional Parties: | August 30, 2025 |
| Proponent's Rule 26(a)(2) Expert Disclosures: | October 10, 2025 |
| Opponent's Rule 26(a)(2) Expert Disclosures: | November 19, 2025 |
| Rebuttal Expert Disclosures: | December 8, 2025 |
| Close of Discovery: | January 12, 2026 |

It is further **ORDERED** that the Parties shall appear via Zoom for a post-discovery status conference on **January 30, 2026** at **11:30 AM.**

---

[1] The Parties may extend or adjust the deadlines for their Rule 26(a)(1) and (a)(2) disclosures by agreement, without seeking leave of the Court, so long as the new deadlines do not affect the close of discovery.

1

**II.     DISCOVERY REQUESTS AND DEPOSITIONS**

The Parties will adhere to the Federal Rules of Civil Procedure's default discovery limitations unless the Parties agree, or the Court orders, otherwise. The Parties have agreed that each side shall serve no more than forty (40) requests for production.

**III.    PRIVILEGE, PROTECTIVE ORDERS, AND FILING UNDER SEAL**

The Parties agree that if privileged information is inadvertently disclosed during discovery, regardless of the form, the recipient of the privileged information will, on request of the producing party, return the information to the producing party and destroy all copies of the privileged information.

The Parties may not rely solely on confidential designations under a protective order to file documents under seal. Accordingly, all protective orders submitted to the Court for entry must specify that a party is required to file a motion seeking leave of the Court to file confidential materials under seal. The Court will not allow documents to be filed under seal by notice. Before moving to file under seal materials subject to a protective order, the moving party must confer with the opposing party and provide the results of that conferral process in the motion to seal, as well as include argument supporting the moving party's position that sealing is appropriate beyond the fact that the information was subject to a confidential designation in discovery. Depending on the nature of the document at issue, the Court may require the moving party to file a redacted version of the document on the public docket.

**IV.     DISCOVERY DISPUTES**

If, after conferring in good faith, the Parties are unable to resolve a discovery dispute, the Parties should file a joint motion on the docket captioned "Joint Motion Requesting Teleconference." The joint motion should provide a short description of the issue in dispute and each party's respective position (no more than two paragraphs per party), as well as provide at

least three dates and times that the Parties are jointly available for an on-the-record telephone conference. If the dispute arises from specific requests for discovery, the Parties should file the relevant discovery requests as attachments to their joint motion. The Parties should not call or email Chambers regarding any discovery disputes.

## V.     COMMUNICATIONS WITH CHAMBERS

The Parties are to communicate with the Court by motion, opposition, reply, or notice, including for requests to reschedule hearing dates.

## VI.    MEDIATION

The Court encourages the Parties to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If, at any point, the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 11, 2025